IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDGARDO CRUZ,

    Plaintiff,

  v.

PRIMEFLIGHT AVIATION SERVICES INC. and DOES 1 to 100,

    Defendant.

No. C 14-03981 WHA

**ORDER RE STIPULATION OF DISMISSAL**

    The parties have filed a stipulation of dismissal with prejudice pursuant to Rule 41(a). They stipulate that each side shall bear its own costs and fees (Dkt. No. 20). The stipulation is hereby **APPROVED**. The Clerk shall **CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: April 9, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE